## ORDER

BRISCOE, Circuit Judge.

Plaintiff Lorna McCarter appeals the district court's grant of summary judgment in favor of defendant Togo West, Jr., Secretary of the Army, on her claims of sex-based and disability-based employment discrimination under Title VII of the Civil Rights Act of 1964 and § 501 of the Rehabilitation Act.

We review the district court's decision to grant summary judgment de novo. *Wolf v. Prudential Ins. Co. of America*, 50 F.3d 793, 796 (10th Cir.1995). After careful examination of the record, we conclude the analysis and conclusions set forth in the district court's memorandum and order granting summary judgment are correct and that plaintiff's challenge to the decision lacks merit. We therefore adopt the district court's memorandum and order, *McCarter v. West*, 910 F.Supp. 519 (D.Kan.1995), as the opinion of this court. *See Herrera v. International Union*, 73 F.3d 1056, 1057 (10th Cir.1996) (adopting district court's opinion as opinion of court of appeals).

Defendant's motion to strike portions of plaintiff's appendix is GRANTED.

The judgment of the district court is AFFIRMED.

**Aric KNOX, Petitioner–Appellant,**

v.

**Ron WARD, Respondent–Appellee.**

**No. 96–6297.**

United States Court of Appeals,
Tenth Circuit.

Feb. 7, 1997.

Before SEYMOUR, Chief Judge;
PORFILIO and MURPHY, Circuit Judges.

## ORDER

JOHN C. PORFILIO, Circuit Judge.

Appellant has failed to demonstrate the denial of a constitutional right by showing the issues raised in his appeal are debatable among jurists; that a court could resolve the issues differently; or that the questions deserve further proceedings. Essentially for the reasons stated in the recommendation of the magistrate judge contained in the record, the certificate of appealability is **DENIED** and the appeal is **DISMISSED.** 28 U.S.C. § 2253(c)(2); *Lennox v. Evans*, 87 F.3d 431 (10th Cir.1996).

**Lavern BERRYHILL, Petitioner–
Appellant,**

v.

**Edward EVANS, Respondent–Appellee.**

**No. 96–6264.**

United States Court of Appeals,
Tenth Circuit.

Feb. 11, 1997.

Before SEYMOUR, Chief Judge;
PORFILIO, and MURPHY, Circuit Judges.

JOHN C. PORFILIO, Circuit Judge.

Appellant has failed to demonstrate the denial of a constitutional right by showing the issues raised in his appeal are debatable among jurists; that a court could resolve the issues differently; or that the questions deserve further proceedings. Essentially for the reasons stated in the recommendation of the magistrate judge contained in the record, the certificate of appealability is **DENIED,** and the appeal is **DISMISSED.** 28 U.S.C.

§ 2253(c)(2); *Lennox v. Evans,* 87 F.3d 431 (10th Cir.1996).

**In re Billy Wayne WALDROP, Petitioner.**

**No. 97–1006.**

United States Court of Appeals, Eleventh Circuit.

Jan. 9, 1997.

Norman P. Stein, Davis, CA, for petitioner.

J. Clayton Crenshaw, Assistant Attorney General, Montgomery, AL, for U.S.

Before ANDERSON, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

Billy Wayne Waldrop, an Alabama inmate under a sentence of death, applies for permission to file a second habeas corpus petition challenging his 1982 death sentence for murder. His execution is scheduled for 12:01 A.M. CST, January 10, 1997. This application was filed at 6:05 P.M. EST, January 9, 1997. A history of the previous federal petition appears in *Waldrop v. Jones,* 77 F.3d 1308 (11th Cir.1996). Waldrop's application is subject to 28 U.S.C. § 2244(b)(2) as amended by the Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104–132, tit. I (1996). The amended statute states:

> (2) A claim presented in a second or successive habeas corpus application under section 2254 that was not presented in a prior application shall be denied unless—

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or